# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Shelia Speed-Fortson,<br><br>　　　Plaintiff<br>v.<br><br>LVGV, LLC, dba The M Resort Spa & Casino,<br><br>　　　Defendant | Case No. 2:24-cv-02030-JAD-BNW<br><br>**Order Granting Unopposed<br>Motion to Remand**<br><br>[ECF No. 7] |

After the defendant removed this personal-injury case from state court, the plaintiff filed a motion to remand.[1] The deadline to oppose that motion passed a week ago without response or any request to extend it. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply Local Rule 7-2(d) and deem the defendant's failure to oppose this motion as its consent to granting it. Accordingly,

IT IS HEREBY ORDERED that **the motion to remand [ECF No. 7] is GRANTED:**

- **The Clerk of Court is directed to REMAND this case back to the Eighth Judicial District Court for Clark County, Nevada, Case Number A-24-899997-C, and CLOSE THIS CASE. The hearing on the motion to remand, previously scheduled for December 16, 2024, at 2 p.m. is VACATED.**

---

[1] ECF No. 7.

- **The Clerk of Court is also directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: December 2, 2024

_____
U.S. District Judge Jennifer A. Dorsey